| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

# United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Frances Estrella Jimenez<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( **Check only ONE box below** ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 05/07/2024    Frances Estrella Jimenez    /s/ Frances Estrella Jimenez
                    Printed name of Debtor 1     Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( **Check only ONE box below** ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                          Printed name of Debtor 2     Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                F 1002-1.EMP.INCOME.DEC

**CAMBRIAN HOMECARE**
5199 East Pacific Coast Hwy
Long Beach CA 90804

ORGT:2 SUN CITY
EE ID: 33165

DATE: 05/10/2024
CHECK NO.: 629245

Void After 90 Days

PAY TO THE ORDER OF: FRANCES E JIMENEZ
8236 GALENA ST
JURUPA VALLEY CA 92509

AMOUNT: **$292.23**

TWO HUNDRED NINETY TWO AND 23/100 .................... DOLLARS

FARMERS & MERCHANTS BAN
4827 E 2nd St
Long Beach, CA 90803-5313

AUTHORIZED SIGNATURE(S)

---

### PERSONAL AND CHECK INFORMATION
Frances E Jimenez
8236 Galena St
Jurupa Valley, CA 92509
Employee ID: 33165

Home Department: 840 null / 2 SUN CITY

Pay Period: 04/28/24 to 05/04/24
Check Date: 05/10/24   Check #: 629245

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 292.23 | 292.23 |
| NET PAY | 292.23 | 292.23 |

### ADDITIONAL INFORMATION
CLIENT      Jimenez

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| SICK 40 | 0.000 hrs | 0.661 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
|  | Regular | 19.8300 | 16.1500 | 320.25 | 19.8300 | 320.25 |
|  | Total Hours | 19.8300 |  |  |  |  |
|  | Total Hrs Worked | 19.8300 |  |  |  |  |
|  | Gross Earnings |  |  | 320.25 |  | 320.25 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security |  | 19.86 | 19.86 |
| Medicare |  | 4.64 | 4.64 |
| CA Income Tax | MI1 0 0  No |  |  |
| CA Disability |  | 3.52 | 3.52 |
| TOTAL |  | 28.02 | 28.02 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
|  | 292.23 | 292.23 |

Payrolls by Paychex, Inc.
0942 Y480-8058  CAMBRIAN HOMECARE • 5199 East Pacific Coast Hwy • Long Beach CA 90804 • (562) 498-1800