# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| Frances Estrella Jimenez ) | Case No. 6:24-bk-12648-SY |
| ) | |
| Debtor, ) | |
| ) | |

## REQUEST OF ZWICKER & ASSOCIATES, P.C. FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Zwicker & Associates, P.C., as authorized agent for creditor American Express National Bank, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and sections 102(I), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., that all notices given or required to be given and all papers served or required to be served in this case also given to and served, whether electronically or otherwise, on:

> American Express National Bank
> c/o Zwicker & Associates, P.C.
> 80 Minuteman Road, P.O. Box 9043
> Andover, MA 01810-1041
> P(877)214-4172
> F(978)631-0091
> E-mail: bknotices@zwickerpc.com

Dated at Andover, Massachusetts this 22nd day of May, 2024.

> /s/Katie E. Hankard
> Katie E. Hankard
> Zwicker & Associates, P.C.
> Authorized Agent for American Express National Bank
> 80 Minuteman Road
> P.O. Box 9043
> Andover, MA 01810-1041
> (877)214-4172