United States Bankruptcy Court

Central District of California

In re:  Case No. 24-12648-SY

Frances Estrella Jimenez  Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2

Date Rcvd: Aug 26, 2024      Form ID: 318a      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frances Estrella Jimenez, 8236 Gallena St, Jurupa Valley, CA 92509-7124 |
| 41970518 | + | California Wood Custom Solutions, 4857 Schaefer Ave, Chino, CA 91710-5546 |
| 41970526 | | Highland Lumber Sales, 300 E Santa Ana St, Anaheim, CA 92805-3953 |
| 41970527 | + | IFT PRIM BELLEGRAVE BUSINESS PARK, C/O BIRTCHER ANDERSON & DAVIS ASSOC., 1420 BRISTOL STREET NORTH #100, Newport Beach, CA 92660-2993 |
| 41970528 | + | IFT PRIM BELLEGRAVE BUSINESS PARK, C/O BIRTCHER ANDERSON & DAVIS ASSOC., 10681 E FOOTHILL BLVD STE 220, Rancho Cucamonga, CA 91730-3831 |
| 41970529 | + | J Harvey Tax Service, 4957 N Grand Ave, Covina, CA 91724-1070 |
| 41970533 | + | Premium Shutters, 9275 Orco Pkwy # D, Jurupa Valley, CA 92509-0910 |
| 41970534 | | Richard L. Seide, APC, 901 Dove St Ste 120, Newport Beach, CA 92660-3018 |
| 41970536 | + | Superior Blinds Mfg, Inc., 12155 Magnolia Ave, Riverside, CA 92503-4968 |
| 41970539 | | West Coast Vertical Components, 1421 Virginia Ave Ste P, Baldwin Park, CA 91706-5894 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Aug 27 2024 04:28:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 27 2024 04:28:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Aug 27 2024 00:46:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 41970516 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 00:48:13 | AMERICAN EXPRESS, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 41970517 | | EDI: BANKAMER | Aug 27 2024 04:28:00 | BANK OF AMERICA, PO Box 982238, El Paso, TX 79998-2238 |
| 41970519 | | EDI: CAPITALONE.COM | Aug 27 2024 04:28:00 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41970520 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2024 00:46:00 | CAVALRY PORTFOLIO SERVICES, 1 AMERICAN LN STE 220, GREENWICH, CT 06831-2563 |
| 41970521 | + | EDI: WFNNB.COM | Aug 27 2024 04:28:00 | COMENITY BANK / VICTORIA'S SECRET, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 41970524 | + | EDI: DISCOVER | Aug 27 2024 04:28:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 41970522 | | EDI: CALTAXFEE | Aug 27 2024 04:28:00 | Department of Tax & Fee Administration, 450 N St, Sacramento, CA 95814-4311 |
| 41970523 | | EDI: CALTAXFEE | Aug 27 2024 04:28:00 | Dept of Tax and Fee Admin, PO Box 942879, Sacramento, CA 94279-0001 |

Case 6:24-bk-12648-SY    Doc 12    Filed 08/28/24    Entered 08/28/24 21:33:25    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2024 | Form ID: 318a | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 41970525 | | EDI: CALTAX.COM | Aug 27 2024 04:28:00 | Franchise Tax Board, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41970530 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2024 00:43:00 | KOHLS / CAPITAL ONE, N56 RIDGEWOOD DR, MENOMONEE FAL, WI 53051 |
| 41970531 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2024 00:47:09 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 41970532 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 00:45:00 | MIDLAND CREDIT MANAGEMENT, 320 E BIG BEAVER RD, TROY, MI 48083-1271 |
| 41970535 | | Email/Text: bankruptcy@springoakscapital.com | Aug 27 2024 00:43:00 | SPRING OAKS CAPITAL, PO Box 1216, CHESAPEAKE, VA 23327 |
| 41970537 | + | EDI: WTRRNBANK.COM | Aug 27 2024 04:28:00 | TD BANK / TARGET CREDIT, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 41970538 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 27 2024 00:45:00 | TOYOTA MOTOR CREDIT, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Frances Estrella Jimenez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Charles W Daff (TR) | charleswdaff@gmail.com c122@ecfcbis.com |
| Katie E Hankard | on behalf of Creditor American Express National Bank c/o Zwicker & Associates P.C. bknotices@zwickerpc.com, bknotices@zwickerpc.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Frances Estrella Jimenez <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7791 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 6:24-bk-12648-SY | |

## Order of Discharge – Chapter 7                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Frances Estrella Jimenez

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 8/26/24

**Dated:** 8/26/24                                                        **By the court:** Scott H. Yun
                                                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

10/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**